IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                        CASE NO. 3:05cr99/LAC

JOHN CAO,
    Defendant.
_____/

## RENEWED MOTION TO WITHDRAW AS COUNSEL

**COMES NOW E. Brian Lang,** attorney of record for the defendant, **JOHN CAO**, in the above styled cause and moves to withdraw from further representation in this matter, and as grounds thereof would state as follows:

1. That on September 28, 2005, the undersigned submitted a Stipulated Substitution of Counsel taking over for Christopher Rabby as attorney of record for the defendant, **JOHN CAO.**

2. That on or about November 28, 2005 the undersigned was informed that a Notice of Appearance had been filed by **Nicole Ferry** for the defendant, **JOHN CAO.**

**WHEREFORE**, the undersigned respectfully moves to withdraw from further representation as to the defendant, **JOHN CAO** in the above cause.

**RESPECTFULLY SUBMITTED** this 28th day of November, 2005.

*s/ E. Brian Lang*
**E. Brian Lang, FBN 156807
801 North 12th Avenue
Pensacola, Florida 32501
(850) 433-3317**

### CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a copy of the foregoing has been furnished to Thomas P. Swaim, Asst. U. S. Attorney, 21 E. Garden St., Suite 400, Pensacola, Florida 3250l, and to Nicole Ferry, 415 North Spring Street, Pensacola, Florida 3250l, on this 28th day of November, 2005, by electronic filing and/or hand delivery.

*s/ E. Brian Lang*
**E. Brian Lang, FBN 156807
801 North 12th Avenue
Pensacola, Florida 32501
(850) 433-3317**